**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:24-cv-1568

WILLOW CREEK COMPANIES, LLC, a Colorado limited liability company,

Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,

Defendant.

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff Willow Creek Companies, LLC (hereafter "Willow Creek"), by and through its attorneys, Wegener Lane & Evans, P.C., provides the following Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1:

1. Willow Creek is a Colorado limited liability company authorized to do business in the State of Colorado, and has its principal place of business at 743 Horizon Court, Suite 250, Grand Junction, Colorado 81506.  Willow Creek does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Willow Creek has two Members: (1) Russell Eugene Fowles, an individual citizen of the State of Utah for the purposes of diversity jurisdiction, who intends to reside in Utah for the foreseeable future; and (2) DPIA Trust, 4189 N. 900 West, Pleasant Grove, UT 84062.  The Members of the DPIA Trust are all citizens of the State of Utah for the purposes of diversity

1

jurisdiction, who intend to reside in Utah for the foreseeable future.

3.   Zurich American Insurance Company is a New York corporation with a principal address of 4 World Trade Center, 150 Greenwich Street, New York, NY 10007.

Respectfully submitted this 4th day of June, 2024.

>*/s/ Benjamin M. Wegener*
>Benjamin M. Wegener
>Wegener Lane & Evans, P.C.
>743 Horizon Court, Suite 200
>Grand Junction, CO 81506
>Telephone: (970) 242-2645
>Email: ben@wlelegal.com
>***Attorneys for Plaintiff Willow Creek***