**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-01568-SKC-RTG

WILLOW CREEK COMPANIES LLC, a Colorado limited liability company,

     Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF No. 36] by U.S. District Judge S. Kato Crews entered on September 29, 2025, it is

ORDERED that summary judgment is entered in favor of Defendant, Zurich American Insurance Company; and against Plaintiff, Willow Creek Companies LLC.   It is

FURTHER ORDERED that Defendant is entitled to an award of costs as may be determined by the Clerk of the Court pursuant to Fed. R. Civ. P 54(d).   It is

FURTHER ORDERED that this case is closed.

Dated:  September 29, 2025.

                 FOR THE COURT:
                 JEFFREY P. COLWELL

                 By:   s/C. Pearson, Deputy Clerk