**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 1:24-cv-01568-SKC-RTG**

WILLOW CREEK COMPANIES, LLC, a Colorado limited liability company,

Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,

Defendant.

---

**NOTICE OF APPEAL FROM FINAL JUDGMENT**

---

Plaintiff Willow Creek Companies, LLC, appeals to the United States Court

of Appeals for the Tenth Circuit from the final judgment entered on September 29,

2025.

DATED this 29th day of October, 2025.

By    */s/ Benjamin M. Wegener*
Benjamin M. Wegener, #36952
Wegener Lane & Evans, P.C.
760 Horizon Drive, Suite 101
Grand Junction, CO 81506
Telephone: 970-242-2645
Email: ben@wlelegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served using the CM/ECF system which will send notification of such filing to the following email addresses, on this 29th day of October, 2025.

Jane E. Young
Michelle Yang
Wilson Elser Moskowitz Edelman
& Dicker LLP
1225 17th St., Suite 1700
Denver, CO 80202
Phone: 303-572-5336
Email: jane.young@wilsonelser.com
        michelle.yang@wilsonelser.com
*Attorneys for Defendant Zurich American*
*Insurance Company*

> */s/ Hannah Brotherton, Original signature on file*
> *in the Law Offices of Wegener Lane & Evans, P.C.*
>
> _____